No. 10–529. PARRA ET AL. *v.* NEAL, CHAIRMAN OF THE CHICAGO BOARD OF ELECTION COMMISSIONERS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–539. MODZELEWSKI *v.* PROCH. Sup. Ct. Pa. Certiorari denied.

No. 10–541. TAITZ *v.* MACDONALD ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–549. HOLIBAUGH *v.* ROBB EVANS & ASSOCIATES, LLC. C. A. 4th Cir. Certiorari denied.

No. 10–552. KRANTZ ET UX. *v.* ARKANSAS DEPARTMENT OF HUMAN SERVICES. Ct. App. Ark. Certiorari denied.

No. 10–561. SUNG ET AL. *v.* CHOI ET AL. Ct. App. Wash. Certiorari denied.

No. 10–562. KIRLEIS *v.* DICKIE, MCCAMEY & CHILCOTE, P. C. C. A. 3d Cir. Certiorari denied.

No. 10–567. KING *v.* FARRIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–569. CONWAY, ATTORNEY GENERAL OF KENTUCKY *v.* MCQUEARY. C. A. 6th Cir. Certiorari denied.

No. 10–573. SHEPHERD MONTESSORI CENTER MILAN *v.* ANN ARBOR CHARTER TOWNSHIP ET AL. Sup. Ct. Mich. Certiorari denied.

No. 10–574. BARNWELL, AS SURVIVING SPOUSE AND PERSONAL REPRESENTATIVE OF BARNWELL *v.* DOUGLAS COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–575. VENESEVICH *v.* LEONARD ET AL. C. A. 3d Cir. Certiorari denied.